HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRISTOPHER AAGE SWENSON,

    Plaintiff,

v.

E.J. LODGE and C. BURKE,

    Defendants.

Case Nos. MC08-5014RBL
through MC08-5044RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon filings by the plaintiff in these 31 closed cases. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

In June, 2008 plaintiff filed 31 separate complaints seeking to bring federal criminal charges against the Honorable Edward J. Lodge, United States District Court Judge for the District of Idaho, and others. On October 14, 2008 this Court dismissed the complaints and closed the cases. Plaintiff has now filed in each of the closed cases identical and non-sensical Notices and Affidavits. The documents the plaintiff has filed are both voluminous and frivolous, and unnecessarily burden the Clerk's Office due to the time and labor required to scan them into the Court's electronic filing system and post them to the docket. The Court will accept no further filings in these closed cases. If plaintiff attempts to file any more documents in these closed cases, they will be returned to him.

1 No motion for reconsideration of this Order will be entertained.

2 **IT IS SO ORDERED.**

3 The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 9th day of February, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE